IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CEDRIC GREENE, JR.  PLAINTIFF

v.  Case No. 15-6086

TERRI HARRIS and
VICKI BROACH  DEFENDANTS

**ORDER**

Now on this 20th day of October 2015, there comes on for consideration the report and recommendation filed herein on August 26, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). Also before the Court are Plaintiff's objections. (Doc. 10).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Service (doc. 2) is DENIED, and Plaintiff's Complaint (doc. 1) is DISMISSED for failure to state a claim under 42 U.S.C. § 1983 and is barred by *Imbler v. Pachtman*, 424 U.S. 409, 430 (1976)(providing absolute immunity for a prosecutor's exercise of professional discretion.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge